**FILED**

AUG 3 0 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

*paid*

1 | James Conerly,                    Pro Se Plaintiff
Marilyn Y. Tillman-Conerly  Pro Se Plaintiff
2 | Carina Conerly              Pro Se Plaintiff
Minor M.T.
3 | 1501 Amazon Avenue
SACRAMENTO, CA.  95835
4 | (916) 5952210

5

IN THE UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF CALIFORNIA

7

8

JURISDICTION

9

CARINA CONERLY, JAMES CONERLY, ET. AL.,

Plaintiffs,

vs.,

SHARIF TARPIN, KARA UEDA, HERON SCHOOL,

KIANA TIURNER, ENRIKA JONES,  ET. AL.,

Defendants.

Case No.: Number

2:22-CV-1525-TLN-CKD (PS)

PLEADING TITLE:  CIVIL RIGHTS CASE

JURY TRIAL REQUESTED

16

17 | I.    THE PARTIES TO THIS COMPLAINT

18 | A.  Plaintiffs

19 |     1.   Carina Conerly

20 |          1501 Amazon Avenue

21 |          Sacramento, California,  95835

22 |          (916) 704-6755

23 |     2.   Minor M.T.

24 |          1501 Amazon Avenue

25 |          Sacramento, California 95835

26 |          (916) 704-6755

27 |     3.   James Conerly

28 |          1501 Amazon Avenue

PLEADING TITLE - 1

1        Sacramento, California  95835

2            (916) 595-2210

3        4.    Marilyn Y. Tillman-Conerly

4            1501 Amazon Avenue

5            Sacramento, California,   95835

6            (916) 595-2210

7    B.   Defendants

8        1.    Sharif Tarpin

9            2390 Bayless Way

10           Sacramento, California 95835

11           (415) 632-2525

12       2.    Kiana Turner

13           2390 Bayless Way

14           Sacramento, California  95835

15           (916) 2050389

16       3.    Veda Lymose Aka Veda Sorrell Aka Veda Labeet

17           9117 La Masion Cir

18           Sacramento, CA 95829

19           (916) 548-2265

20       4.    Regency Park Elementary School

21           5901 Bridgecross Drive

22           Sacramento, CA 95835

23           (916) 566-1660

24       5.    Melissa Clark

25           Vice Principal, Regency Park Elementary School

26           (916) 566-1660

27           5901 Bridgecross Drive

28           Sacramento, CA 95835

PLEADING TITLE - 2

1    6.   Timothy Hammons

2         Principal, Regency Park Elementary School

3         (916) 566-1660

4         5901 Bridgecross Drive

5         Sacramento, CA 95835

6    7.   Rudy Puente

7         Student Services Director, Twin Rivers Unified School District

8         (916) 566-1600 Ext. 33115

9         5115 Dudley Blvd. Bay C

10        McClellan, CA 95652

11   8.   Twin Rivers Unified School District

12        (916) 566-1600

13        5115  Dudley Blvd.

14        McClellan, CA 95652

15   9.   Heron School

16        (916) 561-5680

17        5151 Banfield Dr.

18        Sacramento, CA 95835

19   10.  Michelle Cooksey

20        School Secretary II, Heron School

21        (916) 561-5680

22        5151 Banfield Dr.

23        Sacramento, CA 95835

24   11.  Stephanie Schulzkump

25        Principal, Heron School

26        (916) 561-5680

27        5151 Banfield Dr.

28        Sacramento, CA 95835

PLEADING TITLE - 3

12. Kerry House

    School Secretary II, Heron School

    (916) 561-5680

    5151 field Dr.

    Sacramento, CA 95835

13. Michelle Jett

    (916) 567-5400

    1901 Arena Blvd.

    Sacramento, CA 95834

14. Natomas Unified School District

    (916) 567-5400

    1901 Arena Blvd.

    Sacramento, CA 95834

15. Aly

    (916) 567-5400

    1901 Arena Blvd.

    Sacramento, CA 95834

16. Sacramento Police Department

    (916) 808-6401

    3550 Marysville Blvd.

    Sacramento, CA 95838

17. Katherine Lester

    (916) 808-0800

    Chief of Police,

    Sacramento Police Department

    770 Freeport Blvd.

    Sacramento, CA 95822

PLEADING TITLE - 4

1    17. Colleen M Gray Badge #6231

2         **(916) 808-6401**

3          3550 Marysville Blvd.

4          Sacramento, CA 95838

5    18. Officer A. Thompson Badge #527

6         **(916) 808-6401**

7          3550 Marysville Blvd.

8          Sacramento, CA 95838

9    19. Officer L. Chirbas Badge #716

10         **(916) 808-6401**

11         3550 Marysville Blvd.

12          Sacramento, CA 95838

13    20. Enrika Jones

14         5380 Bass Harbor Way

15         Sacramento, CA 95835

16    21. Kara Ueda

17         William R. Ridgeway Family Relations Courthouse

18         3341 Power Inn Road

19         Sacramento, CA 95826

II.    **Basis for Jurisdiction**

Under 28 U.S.C. Section 1331, this case arises under federal questions involving federal entities.

Therefore, Plaintiff properly bring this case to this Federal Court for litigation. Furthermore, Under 28

U.S.C. Section 1332, this case arises where Plaintiff is, a Citizen of the State of, State of California, is

suing a Citizen and a Federal Government of another state, and the amount or at stake is more than

$75,000. Therefore, Plaintiff properly brings to this Federal Court for litigation. "Property Taking"

Clause.

III.    **Statement of Claim/Facts**

PLEADING TITLE - 5

In continuance of the Government Conspiracy with added Civil and Criminal acts, and by way of

Judicial Officers and other Recruits, the added Defendants/Co-Conspirators agreed and joined in with

The Stare of California, and later with Sharif Tarpin, Kiana Turner, and all other Defendants

mentioned of and or referred to within this suit. As part of Defendant Sharif Tarpin's cover-up is the

State of California was responsible for Sharif Tarpin's scheming a false persona after Petitioners filed

two recent "PETITIONS FOR CERTIORARI" IN THE UNITED STATES SUPREME COURT, he

immediately cut his hair, dress in better work-clothes on August 23, 2022 (a few days after Plaintiffs

"Mail-Served Defendants with documents as Petitioner Carina Conerly was directed by the U.S.

Supreme Court Clerk in compliance with Federal Civil Laws. In continuing, Sharif Tarpin very

recently falsified hi\s Personal Appearance Profile after Plaintiffs filed the recent two "PLAINTIFFS

FOR CERTIORARI" by also dressing for public show, (as if he is going to work at the Dental office),

and in order to falsely present himself and his appearance and also his girlfriend's Girls in better

clothes and join Respondent Sharif Tarpin while they falsely carried out a false portrayal in Public

Places. Sharif Tarpin did previously say "the Police, Judges, and Others were helping" him and that

we could win. The LOWER Court, David Coleman, Johnny Coleman (the Latter two mentioned here)

and many more do much more (including life threats, assault battery, terrorizing to all Plaintiffs, to

stop our filing suits of "CIVIL RIGHTS VIOLATIONS" The acts of Government Personnel agreeing,

planning, financing and etcetera, other people that they recruit, solicit, persuade to participate in

damaging Plaintiffs' Computers, Printers, Televisions, Wi-Fi, Internet, Telephones, electricity (surges),

Personal Bodies by many kinds of Rays Of Charges, electricity, electronic attacks, and many more

unlawful means in disregard to Plaintiffs' Constitutional Rights to seek lawful

"Redress/Compensation/Justice/Injunctions and etcetera, in the Judicial Legal Systems. A small

amount of Plaintiffs' evidences was recently, previously mailed to this U.S. Supreme Court on August

24, 2022. On Date August 8, 2022, Natomas Unified School District provided Plaintiffs Carina

Conerly a school filled out Enrollment Application of Sharif Tarpin and Kiana Turner that I (Plaintiffs

Carina Conerly) immediately noticed the frauded and forged information to include Heron School had

noted that their staff had verified and approved the Un-lawful Enrollment of my daughter into Heron

School. The Damaged of My Daughter forced attendance of the Heron School had just begun,

PLEADING TITLE - 6

ESPECIALLY , **CONSIDERING THE UN-DISPUTED FACT THAT PLAINTIFFSER CARINA CONERLY HAD PREVIOUSLY CORRECTLY ENROLLED MINOR M.T INTO REGENCY PARK ELEMENTARY SCHOOL (A BETTER EQUIPPED AND LEARNING SCHOOL). AND THE REASON THAT THE SCHOOL ALLOWED, APPROVED, AND ACCEPTED THE FORGED AND FRAUDENT DOCUMENTS, IS TO UN-ENROLL PLAINTIFFSER'S MINOR DAUGHTER "IN THE BEST INTEREST" OF RESPODENT SHARIF TARPIN, THE STATE OF CALIFORNIA, AND OTHER GOVERNMENT AND NON-GOVERNMENT AGENCIES AND INDIVIDUALS.** The Regency Park Elementary School Provided Plaintiff Carina Conerly with the Application that was loaded with forged information, including Petitioner Carina Conerly's and my Minor Daughter's/Petitioner's name and confidential information. Although I informed and brought it to Both Schools, they Immediately Shielded Respondent Sharif Tarpin, and this is one more of the **GOVERNMENT "SYSTEMIC" RACISM AND "SYSTEMIC" GOVERNMENT VIOLATION OF PETIONERS' CONSTITUTIONAL CIVIL RIGHTS.** Another **"CONSPIRING" AND "SYSTEMIC" VIOLATION OF PLAINTIFFS' CONSTITUTIONAL RIGHTS IS, ON DATE: August 15, 2022  THE POLICE OFFICERS REFUSE TO COME TO PLAINTIFFS' AIDE ON DATE August 15, 2022   WHEN SHE CALLED THEM FOR HELP; HOWEVER, ON DATE August 15, 2022, JUST THAT SAME DAY RESPONDENT SHARIF TARPIN CALLED THEM AND THEY QUICKLY CAME TO HIS AIDE AND TO THE HOME OF PETITIONER, TO AIDE SHARIF TARPIN IN AN UN-NECESSARY COMPLAINT.**

PLEASE REVIEW PETITIONERS' PERSONAL PARTIAL-NOTES **"APPENDIX (A, Pages 1-17 plus 1 cover page = total of 18 pages)** TO SUPPORT PETITIONERS' NEED FOR FILING AND SUBMITTING CRUCIAL EVIDENCE TO SUPPORT THIS SUIT, AND THE NEED FOR THE DISCOVERY P[ROCESS (Such As Request For Admission, Depositions, Production of Documents and Things, Interrogatories, Subpoenaing Information of Automobiles – Videos – Photographs – Security Cameras Information – Home Owners, Houses, Agencies, Buildings – Information of Out of State Automobile License Plates and Stickers –

Automobile Rental and Fleet Agencies – Information of People Photos, Addresses, Department of
Vehicle Information from Various States, Witnesses; This is just to name a few.

.

IV.    **Relief**

Plaintiffs hereby states, their rights To Due Process Under The 14th Amendment of The United State
Constitution has been violated by Defendants herein listed.  Plaintiffs hereby state their rights Under 5
C.F.R. 8741 have been violated by Defendants herein stated.  Plaintiffs are entitled to receive
reasonable amounts of actual damages for ongoing retirement pay and backpay, with interest attached,
reasonable payment for pain and suffering, payment for legal and administrative fees, losses due to
deprivation of pay, and any and all other injuries, harm, damages, and losses caused by Defendants'
acts or failure to act, in the amount of 20,000,000.00, punitive damages of an amount to be determined,
all future damages, and all other relief that the laws allow.  Further, Plaintiffs are entitled to decline,
and hereby do decline Magistrate Judge's jurisdiction in this case.  Plaintiffs are to be given Default
Judgments as requires by statutory requirement as stated within the Summons that should be issued to
Plaintiffs, provided Plaintiffs have properly served upon all Defendants, because Defendants acted
favorably and systemic racially motivated to assist Defendants in wrongly AND UNJUSTLY stopping
Plaintiffs from Constitutionally having a fair and just suit litigated in the federal courts .  Plaintiffs
request for **Redress and Relief to be properly Granted to Plaintiffs and Plaintiffs  ask for
immediate action be taken to justly remedy for damages and injuries to Plaintiffs, and Punitive
Damages be awarded to Plaintiffs, to deter any future bad conduct of Government Individuals
and Non-Government Defendants herein this suit.**

V.    **Certification and Closing**

Under Federal Rules of Civil Procedure11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint:  (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost
of litigation; (2) is supported by existing law or by a non-frivolous argument for extending,
modifying, or reversing existing law; (3) the factual contentions have evidentiary support or,

PLEADING TITLE - 8

if specifically identified, will likely have evidentiary support after a reasonable opportunity

for further investigation or discovery; and (4) the complaint otherwise complies with the

requirements of Rule 11. I agree to provide the Clerk's Office with any changes to my address where case-

related papers can be served. I understand that my failure to keep a current address on file with the Clerk's

Office may result in the dismissal of our case.

_____
James Conerly

_____
Carina Conerly

_____
Marilyn Tillman-Conerly

Dated: August 26, 2022.

PLEADING TITLE - 9

APPENDIX **A, PAGES 1-17 PLUS THIS APPENDIX COVER PAGE EQUAL A TOTAL OF 18 PAGES**

PLAINTIFF CARINA CONERLY'S PERSONAL NOTES



**March 9, 2022**
**at 2:29PM Carina Conerly submitted Mya Tarpin's Enrollment to Assigned School**
**Regency Park**
**(916) 566-1660**
**5901 Bridgecross Drive**
**Sacramento 95835**
**Through Aeries Online**

**April 13, 2022**
**REPORT NUMBER: 2022-1804970 Child Custody Report Approved by 5107/Veronica Garcia**
**tracking number is T22009402**
**Child Custody Report**

Sharif Tarpin, Other parent to Minor Daughter Mya Tarpin, failed to show-up to drop-off Minor Daughter Mya Tarpin to Mother/Parent, Carina Conerly, on April 13, 2022 at 8:00AM per court ordered custody and visitation. On April 13, 2022 Carina Conerly along with Witnesses, Father of Carina Conerly, James Conerly, and Mother of Carina Conerly, Marilyn Tillman-Conerly were waiting at the South Natomas Library and Park on Truxel Road in Sacramento at the address of 2901 Truxel Road Sacramento, CA 95833 at 8:00AM and Sharif Tarpin did not return Minor Daughter Mya Tarpin to Carina Conerly until 8:04AM. Carina Conerly had to call Sacramento Police Department at 8:01AM at the phone number of 916-808-5471. A lady answered the call and verified that the time was 8:03AM and Sharif Tarpin wasn't at the court ordered exchange location of the South Natomas Library. The lady told Carina Conerly to file a police report online for the Child Custody Violation. The lady also confirmed that the call was recorded. Witnesses James Conerly and Marilyn Tillman-Conerly can confirm that Sharif Tarpin dropped off Minor Daughter, Mya Tarpin, to Mother/Parent Carina Conerly at 8:04AM on April 13, 2022 and therefore, Sharif Tarpin went into Carina Conerly's Parenting Time/Custody and violated the current Court Ordered Custody and Visitation for Mya Tarpin.

**June 16, 2022**
**Carina Conerly Called Twin Rivers Unified School District at (916) 566-1600 at 11:46AM**
**and 11:47AM to Make sure Mya Tarpin was enrolled into first grade based on her age and**
**spoke with Debra Thorne. Debra Thorne said she will send an email to the School**
**Secretary, Julie Ulrich, to make sure Mya Tarpin was enrolled into First Grade since the**
**system showed Mya Tarpin enrolled in Kindergarten.**

**Email was sent to Carina Conerly and Julie Ulrich from Debra Thorne on June 16, 2022 at**
**12PM as follows:**

Julie, Carina Conerly, parent of Mya Tarpin (DOB 8/4/16) stated she was concerned due to her pre-enrollment stated that she would be in kdg, when based on her birthday, should be in 1st grade for the 22-23 school year. Can you please look into this when you return and email or contact mom at 916-704-6755 to confirm that it is 1st grade and that Mya has a spot at Regency Park?

**June 17, 2022**
**At 11:03AM Julie Ulrich emailed Carina Conerly the following:**

Good morning,
Regarding the 1st grade enrollment, when you came to the office and talked with myself and my coworker, you informed us that you had kept your student home the extra year and wanted her placed in kindergarten and not first grade.   Did she attend kindergarten?  Please email me as soon as possible to confirm that you would like your student placed in 1st grade and not kindergarten, and if she attended kindergarten.
Thank you,
Julie

**June 17, 2022**
**At 3:13PM Carina Conerly emailed Julie Ulrich the following:**
Hello Julie,
Mya Tarpin will be turning 6 years old on August 4 as her birthdate is August 4, 2016. I was informed by the Twin Rivers School District that First grade is based upon Mya's age and that since Mya Tarpin will be turning 6 years old on August 4, 2022 she will automatically be placed in first grade due to her age and that the computer was supposed to automatically do this. Therefore, I request that Mya Tarpin be placed in First grade along with her fellow peers of the same age knowing this information.
Thank you,
Carina Conerly

**June 22, 2022**
**At 11:17AM Julie Ulrich emailed Carina Conerly the following:**

Thank you for the information.  I will enroll her into 1st grade.
Julie

**July 1, 2022**
**REPORT NUMBER: 2022-1808736 Harassment Report Approved by 983/S Taylor**
**tracking number is T22016328 James Conerly's Harassment Report 8:01PM**
**tracking number is T22016330 Carina Conerly's Harassment Report 8:20pm**
**tracking number is T22016331 Marilyn Tillman-Conerly's Harassment Report 8:38PM**
**Harassment Report**

7/1/22 at 7:53am a Mexican Lady in short sleeved purple shirt with Dark Brown eyes & black hair driving a 2003Honda Civic Sedan California License Plate 5AHP250 appeared to be exiting the parking lot of the S. Natomas Library. She turned her car around &drove into the parking space on our left next to our car. She shouted at us while holding the phone to her right ear as if she was talking to someone. We drove to the front of the S. Natomas Library to Pick-up Mya Tarpin in a child exchange with Sharif Tarpin. As we began to exit the S. Natomas Library Parking Lotat the cross Street of Truxel Rd & Pebblestone Way the Mexican lady drove up fast behind us (Carina Conerly, Mya Tarpin, James Conerly, & Marilyn Tillman-Conerly were in our car) &we began to turn left out of the parking lot at the light she sped & turned left & cut us off blocking our whole front of the vehicle preventing us from driving. Our driver blew his horn for

her to move but she refused &we backed up &squeezed out on the right side of her car & turned left at the light finally exiting the S. Natomas Parking lot unto Truxel Rd headed towards San Juan Rd. She followed us, sped in front, stopped her car in front of us, &we were able to pass her on her left side of the car. Then Sharif Tarpin in a 2010 silver Kia Forte EX Sedan California License Plate 6VSN197 sped behind us following us & then swooped in on our left side of our car while the Mexican Lady swooped in on our right side of our car to sandwich us in as we drove. We got stuck at the red light at the cross Street of Truxel Rd & Pebblewood Dr. between the two of them at 8:03am. Sharif Tarpin saw our cameras &sped to the left onto Pebblewood Dr. & the Mexican lady continued to chase us on our right side of the car. We left her &made a right turn at the cross Street of Truxel Rd & San Juan Rd to escape at 8:05am. Sharif Tarpin &the Mexican Lady put our lives in danger & death. It was harassment, stalking, assault, false imprisonment, and Conspiracy.

**July 13, 2022**
**Text Messages Carina Conerly sent to Sharif Tarpin on July 13, 2022 are as follows:**



**July 19, 2022**
**Natomas Unified School District sent email to Carina Conerly at 7PM with the following:**

Dear Parent or Guardian of Mya Tarpin:

We are excited to confirm Mya's enrollment for the 2022-2023 school year. Mya is enrolled for grade 01 at Heron School, and Mya's student number is 2303561.

If your student has an Individual Education Plan (IEP) they may or may not attend their boundary school based on IEP placement. The Student Services and Support team will review your student's most current IEP and verify school placement. For questions regarding your student's placement based on their IEP please contact Student Services and Support at (916) 567-5852.

Throughout the months leading up to the new school year, you may have questions . You will find important information on Heron School's website, including things like:

- Bell schedule
- After school program options
- Annual School Calendars
- Principal meet and greet and class list posting date (usually the week before school)
- Fall check-in and/or orientation dates (depending on the student's grade level)
- Infinite Campus Parent Portal resources
  - You will receive a separate email in August with your activation key and instructions on how to activate your Parent Portal account
- Nutrition Services - lunch payment and meal application options

  (you will need the assigned student number above for the meal application).

If you live within the Natomas Unified School District boundaries and you applied for a transfer, your request will be reviewed and you will be notified according to the timelines established by Board Policy and Administrative Regulation for open enrollment. These timelines can be found on the enrollment website. When a new student applies for admission to NUSD through the Intradistrict Open Enrollment Transfer process, the student will first be enrolled at their attendance area school, space permitting. Click here for more information regarding open enrollment and capacity at NUSD.

If you live outside the NUSD boundaries, and you completed an Interdistrict Transfer Permit request, you will receive the status of your transfer request and further details in a separate communication.

View the school's digital backpack here or visit www.natomasunified.org or the Heron School website for further information and updates regarding the 2022-2023 school year. Please call Heron School at (916)567-5680 with questions about the school. If

you have questions regarding your child's enrollment contact the Enrollment Department at registration@natomasunified.org or call 916-567-5819.

NUSD is following all COVID-19 safety protocols . For more information on the variety of safety actions that are in place to protect students and staff to the greatest extent possible, visit our website and click on the digital backpack banner.

Sincerely,
Doug Orr
Associate Superintendent

NOTE:  Please do not respond to the above email address.  Replies to this message are routed to an unmonitored mailbox. The above message was sent from the NUSD Infinite Campus' Messenger service.  Please contact your student's school directly with questions or concerns.

**July 22, 2022**
**Sharif Tarpin sent email to Carina Conerly at 7:31AM with the following:**

Hi Carina . I attached Mya's school information to this email . She's signed up for school. I'm so happy for her to start 1st grade .

Respectfully submitted

**July 24, 2022**
**Received through the mail Letter from Twin Rivers Unified School District Regency Park**
**5901 Bridgecross Drive**
**Sacramento, CA95835**
**A letter that welcomes all new and returning families**

**August 1, 2022**
**Carina Conerly received the following email from Twin Rivers Unified School District via Aeries Communications at 12:14PM:**

Twin Rivers Unified School District posted in Twin Rivers Unified School District

## Reminder: Free School Supplies for All TR Students

Twin Rivers Unified School District is proud to share that free school supplies for all students will be distributed the first two weeks of school. Each student will receive a new TRUSD backpack designed to carry school supplies, including Chromebooks, to and from school each day. Luggage tags that can be used with the backpacks are included. Our elementary through middle school students will receive a pencil box to store their supplies. All students will receive a supply pack of materials that will include either crayons or colored pencils, paper or journals, a pencil sharpener, glue sticks, and a few other items appropriate for their grade level. Students will also receive headphones, which include a microphone.

School starts Thursday, Aug. 18. Please look for the school supplies the first two weeks of the school year.

**August 1, 2022**
**Carina Conerly received the following email from Twin Rivers Unified School District at 10:40PM:**

Hi Carina Conerly,

## Twin Rivers Unified School District invites you to join Aeries Communications

Twin Rivers Unified School District created an account for you in Aeries Communications.

Aeries Communications is a communication and organization tool designed to keep you informed, and involved in your school community.

**Please take 30 seconds to accept the invitation and activate your account:** https://www.parentsquare.com/register_user?email=carinaconerly%40gmail.com&rem=Ax oAEIxI8Ug4U4i8kRQkwA&s=eyJhbGciOiJIUzI1NiJ9.eyJ1c2VyX2IkIjoxNDY3MTEzNSwiZXhwIjoxNjY wMjgyODE0LCJ1cmwiOiJodHRwczovL3d3dy5wYXJlbnRzcXVhcmUuY29tL3JIZ2IzdGVyX3VzZXIiL CJtZXRob2QiOiJHRVQiLCJxdWVyeSI6eyJlbWFpbCI6ImNhcmluYWNvbmVybHIAZ21haWwuY29tIi wicmVtIjoiQXhvQUVJeEk4VWc0VTRpOGtSUWt3QSIsInNjaG9vbF9pZCI6MDgifSwicmVxdWVz dCI6e319.6WS7GxEJ4QvbhtW-G4rIEQQH7uHOGTKdNqX54leaFdA&school_id=5108

For questions or comments, please contact your school.

We are very happy to have you on board. Thank you for joining!

**August 1, 2022**
**Sharif Tarpin sent email to Carina Conerly at 10:54PM with the following:**

dear Carina

Since I have not heard from you regarding Mya's school, I am assuming that you are okay with the school selection. School starts on August 11th. There is no dress code so we do not need to worry about uniforms. We got her the school supplies but you will need to get your own. Here is the link to see what she needs School-supply-list-5.pdf - Google Drive. If you need help purchasing these items please let me know. Regarding the custody exchange, please read below.

from the current custody court order:

  b. Week One:

  i. Mother will have parenting time with the child from Monday pick-up at school or at 8:00 a.m. if there is no school through Wednesday at drop-off at school or at 8:00 a.m. if there is no school.

  ii. Father will have parenting time from Wednesday pick-up at school or at 8:00 a.m. if there is no school through Friday drop-off at school or 8:00 a.m. if there is no school.

  iii. Mother will have parenting time from Friday pick-up at school or 8:00 a.m. if there is no school through Monday drop-off at school or 8:00 a.m. if there is no school.

  c. Week Two:

  i. Father will have parenting time with the child from Monday pick-up at school or at 8:00 a.m. if there is no school through Wednesday at drop-off at school or at 8:00 a.m. if there is no school.

  ii. Mother will have parenting time from Wednesday pick-up at school or at 8:00 a.m. if there is no school through Friday drop-off at school or 8:00 a.m. if there is no school.

  iii. Father will have parenting time from Friday pick-up at school or 8:00 a.m. if there is no school through Monday drop-off at school or 8:00 a.m. if there is no school.

  d. The parents will alternate between the Week One and the Week Two schedule.

  e. The parent picking up from school will be responsible for any issues or needs of the child during the school day.

  3. The current exchange location shall remain in place when school is not in session: the parking lot of the South Natomas Library and Park on Truxel Road in Sacramento.

Respectfully Submitted, Sharif Tarpin

**August 1, 2022**
**Carina Conerly received the following email from Twin Rivers Unified School District at 11:20PM:**

## DATA CONFIRMATION RECEIPT

Thank you for confirming the data for your student: Mya Rain Tarpin.

Having accurate information greatly helps the school maintain a healthy and safe learning environment.

This email confirms that you have completed the data confirmation process.

**August 2, 2022**
**Carina Conerly received call from Melissa Clark at 2:49PM from phone number (916) 566-1660 who said that she was calling to tell me that Mya Tarpin was disenrolled from Regency Park Elementary School since because Student Services received orders that she was already enrolled in Natomas Unified School District from Student Services and Natomas Unified School District. Melissa Clark said that she was told that Mya Tarpin was already enrolled in school at Natomas Unified School District. Carina Conerly and James Conerly informed Melissa Clark that Mya Tarpin has already been enrolled into Regency Park Elementary School back in March of 2022.**

**August 8, 2022**
**Carina Conerly first text Sharif Tarpin then Sharif Tarpin test his response to Carina Conerly. The Text Messages between Sharif Tarpin and Carina Conerly on August 8, 2022 are as follows:**



**August 8, 2022**
**Carina Conerly sent the following email to Heron School Requesting Mya Tarpin's Full**
**Student Records at 3:45PM to Christina Hernandez, School Secretary I, Michelle Cooksey,**
**School Secretary II, Mandeep Biring, Vice Principal, and Kerry House, School Secretary**
**III:**

I, Carina Conerly, am  Mya Tarpin's Mother and  per your procedure I
am requesting Mya tarpin's entire records (meaning all documents, to also include all
Emergency Contact lists, dental and physical, Covid-19 Tests and results, enrollment
paperwork, all  Medical information including names of doctors, nurses, allergies,
medication, and all dental information including names of dentists, provider, all Mya
Tarpin's immunization records,the online Registration Summary submitted online on
July 19, 2022 in full not redacted, and etcetera. Everything that you have on file for Mya
Tarpin). A.S.A.P.?

Thank you,
Carina Conerly
(916) 704-6755
carinaconerly@gmail.com

**August 8, 2022**
**Carina Conerly went to Heron School to pick-up Mya Tarpin's Complete Online**
**Registration Summary as directed by Michelle Cooksey that it would be ready at 5PM and**
**Michelle Cooksey told Carina Conerly that she had Mya Tarpin's Online Registration**
**Summary on the phone with Carina Conerly at 3:48PM.**
**Michelle Cooksey and Principal Stephanie Schulzkump refused to give Carina Conerly the**
**Online Registration Summary and instead the Principal, Stephanie Schulzkump, told**
**Carina Conerly to Contact Constituent Customer Service at (916) 561-5253. Stephanie**
**Schulzkump put this in writing and gave it to Carina Conerly. Kerry House, School**
**Secretary III, was also present standing behind Michelle Cooksey. Carina Conerly**
**informed them that she had already talked to them at 3:32PM and spoke to Jasmine who**
**said that all they would do was send an email to Heron School requesting the Online**
**Registration Summary be sent to Carina Conerly and to contact Carina Conerly. Carina**
**Conerly left the front office and called Constituent Customer Service at (916) 561-5253**
**again at 4:59PM and spoke with Kiara who said the same thing. Carina Conerly returned**
**to the office and spoke with the Principal allowing Kiara t repeat what was said to Carina**
**Conerly and the Principal still told Carina Conerly to call Constituent Customer Service at**
**(916) 561-5253. Kiara sent the email as requested to Heron School. Then Carina Conerly**
**went to Natomas Unified School District to pick-up a copy of the Online Registration**
**Summary after making numerous calls and leaving many voicemail messages without**
**returned calls.**

**August 8, 2022**
**Carina Conerly Picked-up the Complete Online Registration Summary from Aly at the Natomas Unified School District Office at 5:44PM. Aly said that she would not release all of Mya Tarpin's Records to Carina Conerly and gave her a Natomas Unified School District Card that she wrote the name Miriam on and told Carina Conery that Miriam would be contacting Carina Conerly to see if Carina Conerly could get a copy of Mya Tarpin's entire record.**

**August 9, 2022**
**Sharif Tarpin sent email to Carina Conerly at 12:51PM with the following:**

Hi Carina , I'm just giving you an update and confirming my residency . My new address is 2390 Bayless way Sacramento ,CA 95835 .
And my number is still the same if want to call me for anything . It's 4156322525 .
Thanks

**August 10, 2022**
**Sharif Tarpin sent email to Carina Conerly at 12:41PM with the following:**

Hi Carina , I'm just giving you an update and confirming my residency . My new address is 2390 Bayless way Sacramento ,CA 95835 .

And my number is still the same if want to call me for anything . It's 4156322525 .
Thanks

**August 10, 2022**
**REPORT NUMBER: 22-223383 Child Custody Report Approved by 922/SINGEWALD, GEORGE 3130**
**Verbally Reported to Gray, Colleen M 6231 on August 10, 2022**
**Crime Report/ Fraud Forged Report about the Online Registration Summary Carina Conerly received from Natomas Unified School District on August 8, 2022. Carina Conerly told Gray, Colleen M that she was also pressing charges.**

**August 12, 2022**
**Carina Called the Sacramento Police Department at 8:06AM and informed them that Sharif Tarpin did not drop-off Mya Tarpin at the court ordered exchange location of the South Natomas Library and they said that they would send a Police Officer to Sharif Tarpin's address of 2390 Bayless Sacramento, CA 95835 after Carina Conerly called the Sacramento Police Department and informed them that Carina Conerly was at Sharif Tarpin's House at 8:45AM but not at the front door as instructed. Carina Conerly called the Sacramento Police Department again at 9:34AM to tell the Sacramento Police Department that no officers went to Sharif Tarpin's address and that Carina Conerly had to resolve it another way.**

**August 15, 2022**
**REPORT NUMBER: 2022-1810951 Child Custody Visitation Report Approved by 4533/C Murphy tracking number is T22020692**
**Child Custody Report**

Sharif Roldan Tarpin did not pick-up Minor M.T. on Monday, August 15, 2022 at 8am at the
South Natomas Library located at the address of 2901 Truxel Rd Sacramento, CA 95833.
Instead, Carina Conerly, had to call the Sacramento Police Department at 8:05am and inform the
Sacramento Police that Sharif Roldan Tarpin did not come to pick-up Minor M.T. at 8am as
court ordered. The Sacramento Police then told Carina Conerly to file a Child Custody Police
Report online. It is now 8:47am on August 15, 2022 and Sharif Roldan Tarpin has still not
picked-up Minor M.T. James Conerly and Marilyn Tillman-Conerly are witnesses to this.

**August 15, 2022**
**Text Messages Sharif Tarpin Sent to Carina Conerly on August 15, 2022 are as follows:**



← Sharif Tarpin  ◻◼  📞  ⋮        ← Sharif Tarpin  ◻◼  📞  ⋮

her off at school on                    my house address
Monday 8-15-2022 .                      with ur phone . Its
If you fail than that's                 invasion of privacy .
on you . I've already                   It will be addressed
informed the school                     when we go back to
of the court order                      court.
and how the custody
transit go so if you                    Aug 15, 8:05 AM
don't drop her off at
school then you will                    Have a blessed
be responsible for                     weekend
you actions  and it's
illegal to come to my                  If school calls me
new home and cause                     today and tells me
trouble recording                      that Mya was not
my house address                       dropped off at school
with ur p  e . Its    then you're breaking
invasion of privacy                    court order and I will
                                       be force  call the

⊕ |Text message  ☺ 🎤            ⊕ Text message  ☺ 🎤

◀  ●  ■                          ◀  ●  ■

← Sharif Tarpin  ◻◼  📞  ⋮

Aug 15, 8:05 AM

Have a blessed
weekend

If school calls me
today and tells me
that Mya was not
dropped off at school
then you're breaking
court order and I will
be forced to call the
police.

**August 15, 2022**
**Sharif Tarpin Called Sacramento Police Department to Our Home**
**Officer A. Thompson Badge #527**
**Officer L. Chirbas Badge #716**
**Police SUV # 12635**

12

Police SUV #13706
Officer L. Chirbas Badge#716 gave Carina Conerly Report #22-228099

Sharif Tarpin sent many text messages threatening to call the Police and telling Carina
Conerly what she had to do. The Sacramento Police Officers arrived Biased and said that
Sharif Tarpin had called them and showed them that Mya Tarpin was to be at Heron
School right now. However Carina Conerly informed the Sacramento Police Officers that
Sharif Tarpin had forged and frauded the Online Registration Summary and that a
criminal report was filed at the Sacramento Police Office with Gray and that charges were
pressed but that Sharif Tarpin has not been arrested and that on July 1, 2022 Sharif
Tarpin and a lady tried to take our lives and put our lives in danger by sandwiching our
car between their car and that a criminal report was filed on July 4, 2022. Carina Conerly
gave and let both officers look at the reports made for the two criminal incidents and that
charges were pressed but Sharif Tarpin has not been arrested but instead the Sacramento
Police came to Carina Conerly's home when Sharif Tarpin called. Carina Conerly also
gave both officers the copy of the frauded and forged Online Registration Summary for
Natomas Unified School District and the police said that it was entered as a Child Custody
Report information only for both of the dates Carina Conerly said and Officer A.
Thompson said that the cases are still under investigation and there is no date or timeline
for when the investigation will be completed. Carina Conerly also gave both officers a copy
of the proof of enrollment of Mya Tarpin at Regency Park Elementary School and the first
day of school being August 18, 2022, which Mya Tarpin was enrolled into on March 9, 2022
prior to Mya Tarpin having been enrolled into Heron School, Natomas Unified School
District on July 19, 2022.


August 15, 2022
Carina Conerly called Regency Park Elementary School at 12:37PM and spoke with
Melissa Clark. Carina Conerly informed Melissa Clark that the Online Registration was
frauded by putting my name on it and Mya Tarpin's name on it with other information
forged and that because of this Natomas Unified School District is getting sued for the
crime. Carina Conerly asked Melissa Clark to have the school district fax Melissa Clark a
copy of the Heron Online Registration Summary for Melissa to see the forged and frauded
information. Carina Conerly told Melissa Clark that she will wait on the phone until
Melissa Clark gets the Online Registration Summary and can see that Mya Tarpin should
still be at Regency Park Elementary School. Melissa Clark said that she would make a call
and then Carina back to let Carina know if Melissa did or did not get in touch with the
school district.

August 15, 2022
Melissa Clark called Carina Conerly at 12:42PM and 12:53PM to let Carina know that she
was waiting on the school district to send the Online Registration Summary to her.

August 15, 2022
Melissa Clark called Carina Conerly at 4:51PM and told Carina that she is still waiting on
the Online Registration Summary. Carina Conerly informed Melissa Clark that she will be

**taking Mya Tarpin to Regency Park Elementary School on August 18, 2022 for the first day of school.**

**August 17, 2022**
**REPORT NUMBER: 2022-1811088 Child Custody Visitation Report Approved by 983/S Taylor tracking number is T22020901**
**Child Custody Report**

Sharif Roldan Tarpin did not drop-off Minor M.T. on Wednesday, August 17, 2022 at 8am at the South Natomas Library located at the address of 2901 Truxel Rd Sacramento, CA 95833 as court ordered. Instead, Carina Conerly, had to go to Heron Elementary School, where Carina Conerly had to pick-up Minor M.T. at 8:32am. James Conerly and Marilyn Tillman-Conerly are witnesses to this.

**August 17, 2022**
**REPORT NUMBER: 2022-1811081 Child Custody Visitation Report Approved by 983/S Taylor tracking number is T22020908**
**Theft Report**

Theft/Larceny, Embezzlement, Conspiracy, and Harassment. On August 5, 2022, I dropped-off Minor M.T. to Sharif Tarpin for his court ordered custody time at the South Natomas Library located at 2901 Truxel Rd Sacramento, CA95833 at 8am with Minor M.T. wearing a Pink/ Black The North Face Toddler Girls' Reversible Perrito Jacket. On August 8, 2022 Sharif Tarpin did not return Minor M.T. to Carina Conerly with her Pink/ Black The North Face Toddler Girls' Reversible Perrito Jacket. Carina Conerly sent Sharif Tarpin a Text Message on August 8, 2022 stating the following, "You kept the jacket I bought for Mya." Sharif Tarpin has still not returned this jacket as of today August17, 2022. Also on August 10, 2022 I dropped-off Minor M.T. to Sharif Tarpin for his court ordered custody time at the South Natomas Library located at 2901 Truxel Rd Sacramento, CA 95833 at 8am with Minor M.T. wearing a white Children's Sized Powecom® KN95-SM ™ Respirator Mask. On August 12, 2022 Sharif Tarpin did not return Minor M.T. Carina Conerly with M.T.'s white Children's Sized Powecom® KN95-SM ™ Respirator Mask. Again on August 15, 2022 I dropped-off Minor M.T. to Sharif Tarpin for his court ordered custody time at the South Natomas Library located at2901 Truxel Rd Sacramento, CA 95833 at 8am with Minor M.T. wearing a white Children's Sized Powecom® KN95-SM™ Respirator Mask. On, today, August 17, 2022 Sharif Tarpin did not return Minor M.T. Carina Conerly with M.T.'s white Children's Sized Powecom® KN95-SM ™ Respirator Mask. Sharif Tarpin has committed Theft/Larceny, Embezzlement, Conspiracy, and Harassment. Carina Conerly purchased the 2 Children's Sized Powecom® KN95-SM™ Respirator Masks and Pink/ Black The North Face Toddler Girls' Reversible Perrito Jacket for Minor M.T. only. James Conerly and Marilyn Tillman-Conerly are witnesses.

**August 18, 2022**
**Carina Conerly went to Regency Park Elementary School to drop-off Mya Tarpin for her first day of school. Carina Conerly went to the front office to get Mya Tarpin's Teacher's**

name and door number. Two ladies in the front office told Carina to wait for Melissa Clark. Instead, Timothy Hammons came and yelled at Carina that Mya was not go to school at Regency Park Elementary school because Sharif Tarpin can pick the school based on the court order. Carina Conerly asked to speak with Melissa Clark. Melissa Clark said that Mya Tarpin was not a student at Regency Park Elementary School and Melissa was told by Student Services to remove Mya Tarpin from enrollment. Melissa put it in writing and gave Carina Conerly the name of the Student Services representative who she said told her to remove Mya Tarpin from Regency Park Elementary School as Rudy Puente. Mya Tarpin did not get to go to school.

**August 19, 2022**
**Text Messages Sharif Tarpin Sent to Carina Conerly on August 19, 2022 are as follows:**



**August 22, 2022**
**REPORT NUMBER: 2022-1811382 Child Custody Visitation Report Approved by 983/S Taylor tracking number is T22021405**
**Child Custody Report**

Sharif Roldan Tarpin did not Drop-off Minor M.T. on Monday, August 22, 2022 at 8am at the South Natomas Library located

at the address of 2901 Truxel Rd Sacramento, CA 95833. Instead, Carina Conerly, had to call the Sacramento Police
Department at 8am and informed the Sacramento that Sharif Roldan Tarpin did not come to Drop-off Minor M.T. at 8am as
court ordered. The Sacramento Police then told Carina Conerly to file a Child Custody Police Report online. Carina Conerly
had to go to Heron Elementary School where Carina Conerly had to pick-up Minor M.T. at 8:30am. James Conerly and
Marilyn Tillman-Conerly are witnesses to this.

**August 22, 2022**
**Went to:**
**North Command - William J. Kinney Police Facility**
**3550 Marysville Blvd.**
**Sacramento, CA 95838**
**(916) 808-6401**

Spoke with Lady at the Counter and Requested Copies of Report **#22-228099, 22-223383,** and **2022-1808736**

**Lady at counter made me fill out Sacramento Police Department Citizen Report Request for Report Numbers 22-228099 and 2022-1808736 to receive copies and only received copy of Report number 22-223383. She gave me Police Card that had investigations phone number of 808-0650 circled in blue ink and Internal Affairs phone number 808-2290 underlined in blue ink she said to discuss with Internal Affairs.**

**August 24, 2022**
**Received Email and Text Message from NUSD (Natomas Unified School District) of Mya's Exposure to Covid-19**

**Email received on August 24, 2022 at 4:36PM states the following:**


Notification of COVID-19 Exposure

Dear Parent(s)/Guardian(s):

Natomas Unified considers the health and well-being of our students and staff a priority. We have been alerted that Mya may have been exposed to an individual diagnosed with COVID-19. We are following public health recommendations to ensure that the person with COVID-19 follows instructions for isolation and remains away from others until they can safely return to school.

What does this mean for you and your student?

1. Your student may remain in school unless they develop symptoms or test positive for COVID-19. Being exposed to somebody with COVID-19 does not necessarily mean that your student will get COVID.

2. Your student should get tested for COVID-19 within 3-5 days of receipt of this letter, or sooner if your student starts to show symptoms. You may get tested at your doctor's office, a pharmacy, community clinic or with a home test. Natomas continues to offer testing at 1931 Arena Blvd Monday-Friday from 7:00-9:00 am (staff and students only); or Monday and Friday from 7am - 7 pm for individuals who are symptomatic (Urgent Care Now Natomas). Please check with your school site if you are interested in school based testing office hours.

3. If your student develops symptoms of COVID-19 or tests positive for COVID-19, please ensure they isolate at home immediately and notify the school site.

4. Exposed students who participate in testing may continue to take part in all aspects of K-12 schooling, including sports and extracurricular activities, unless they develop symptoms or test positive for COVID-19.

We will continue to provide you with regular updates as needed. Please refer to the COVID Information page of the Natomas Unified website for additional information, including appointment options for vaccines and health care. We encourage you to contact your school's health office with any questions or concerns.

Thank you,

NUSD Health Team

**Text Message received on August 24, 2022 at 5PM from Natomas Unified School District states the following:**

NUSD: Parents/guardians- please check your email for a COVID exposure letter from Mya's school. Thank you.