UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CARINA CONERLY, JAMES CONERLY, and MARYLIN Y. TILLMAN-CONERLY, | No. 2:22-cv-1525-TLN-CKD PS |
|---|---|
| Plaintiffs, | ORDER |
| v. | |
| SHARIF TARPIN, et al., | |
| Defendants. | |

Plaintiffs proceed pro se with claims asserted in a fee-paid complaint filed on August 30, 2022. Two motions were previously set for a hearing to take place on November 30, 2022. Specifically, on October 26, 2022, defendant Kara Ueda moved to dismiss the complaint. (ECF No. 25.) Plaintiffs oppose the motion, which is fully briefed. (ECF No. 35, 43.) On October 28, 2022, defendant Enrika Jones moved for a more definite statement. (ECF No. 30.) Plaintiffs oppose the motion, which is also briefed. (ECF No. 37, 43.) On the court's own motion, the November 30, 2022 hearing will be vacated. These matters are taken under submission without appearance and argument pursuant to Local Rule 230(g). If the court subsequently concludes that oral argument or supplemental briefing is necessary, the parties will be notified accordingly.

////

////

1

In accordance with the above, IT IS HEREBY ORDERED that the November 30, 2022 hearing on defendant's motion to dismiss (ECF No. 25) and defendant's motion for a more definite statement (ECF No. 30) is VACATED.

Dated:  November 23, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.Conerly22cv1525.vhrg