UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARINA CONERLY, et al., | No. 2:22-cv-01525-TLN-CKD |
| Plaintiffs, | |
| v. | **ORDER** |
| SHARIF TARPIN, et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19). On January 19, 2023, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 50.) Plaintiffs filed objections to the findings and recommendations. (ECF No. 51.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a review of this matter. The Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The Findings and Recommendations filed January 19, 2023, (ECF No. 50), are adopted in full;

2. Defendants' Motions to dismiss (ECF Nos. 12, 15, 25 and 31) are GRANTED;

1

  3. On the Court's own motion, Plaintiffs' claims against Defendant Jones are DISMISSED;

  4. Defendant Jones' Motion for a More Definite Statement (ECF No.30) is DENIED as MOOT;

  5. Plaintiffs' Complaint is DISMISSED without leave to amend;

  6. The Clerk of the Court is directed to close this case.

DATED: February 15, 2023

_____
Troy L. Nunley
United States District Judge